# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

BEFORE HONORABLE CHIEF JUDGE JOSE A. FUSTE

| | |
|---|---|
| COURTROOM DEPUTY: Gretchen Rodriguez | **DATE:** March 7, 2007 |
| COURT REPORTER: Yvette Richardson | **CR NO:** 98-176-8 (JAF) |
| | 98-009-15 (CCC) |
| COURT INTERPRETER: Felix Toledo | PO: Victor Canino |

================================================================

| | **ATTORNEYS:** |
|---|---|
| UNITED STATES OF AMERICA | Jose Capo, AUSA |
| vs. | |
| 8- DANNY GUZMAN-CORREA | Robert Odasz, Esq. |

================================================================

The defendant is present in court. He is  X   under custody    __ on bond

**CASE CALLED FOR ORDER TO SHOW CAUSE ON SUPERVISED RELEASE**. The defendant contested the allegations filed by Probation Officer, at docket entry 370.

 Testimony on behalf of government by Agent Roberto Santana-Diaz, Agent Carlos Caban Ormeda, U.S. Probation Officer Victor Canino heard.

 Testimony on behalf of defendant by Ricardo E. Toro-Colon and Najir Roldan-Vega heard.

 After hearing arguments from both parties, the Court found by a preponderance of the evidence, that defendant violated all conditions. **The term of supervised release imposed on January 20, 2000 is hereby revoked.**

Crim. 98-176-8 (JAF) and 98-009-15 (CCC)
March 7, 2007

================================================================

**IT IS THE JUDGMENT OF THE COURT** as to violation(s)  Standard conditions #8, #9, and #11

Probation term: _____

Imprisonment term for a total of **NINE (9) MONTHS as to each criminal case, to be served consecutively to each other, for a total of EIGHTEEN (18) MONTHS**

Supervised release for a total term of **FORTY-TWO (42) MONTHS as to case 98-009-15 (CCC) and THIRTY (30) MONTHS as to case 98-176-08 (JAF), to be served concurrently with each other.**

Fine: NONE    Special monetary assessment: NONE

Restitution: NONE

Forfeiture: NONE

All terms and conditions are specified in the judgment form.

The defendant is advised of his/her right to appeal, etc.

 X  The defendant is to remain  X  under custody; ___ on bond.

*S/ Gretchen S. Rodriguez*
Gretchen S. Rodriguez
Courtroom Deputy Clerk