AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

**JUDICIAL** District of **PUERTO RICO**

UNITED STATES OF AMERICA
V.

**8- DANNY GUZMAN-CORREA**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 98-CR-176-08 (JAF)
98-CR-009-15 (CCC)

USM Number: 17846-069

Robert Odasz, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s)  Standard Condition #8,#9, and #11  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition #8 | During a traffic stop, defendant was found parked in front of a drug distribution point. | 1/25/2007 |
| Standard Condition #9 | Defendant was accompanied by a woman, who was arrested for possession of ammunition. Additionally, defendant resides with Angel Gabriel Rolon, who is a convicted felon. | 2/6/2007 |
| Standard Condition #11 | Defendant failed to inform the he was questioned by police officers. | 1/25/2007 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 7, 2007
Date of Imposition of Judgment

*S/ Jose A. Fuste*
Signature of Judge

JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE
Name and Title of Judge

March 7, 2007
Date