✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

**JUDICIAL**      District of      **PUERTO RICO**

UNITED STATES OF AMERICA

**V.**

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

**8- DANNY GUZMAN-CORREA**

Case Number:      **98-CR-176-08 (JAF)**
**98-CR-009-15 (CCC)**

USM Number:      **17846-069**

Robert Odasz, Esq.
Defendant's Attorney

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) __Standard Condition #8,#9, and #11__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #8 | During a traffic stop, defendant was found parked in front of a drug distribution point. | 1/25/2007 |
| Standard Condition #9 | Defendant was accompanied by a woman, who was arrested for possession of ammunition. Additionally, defendant resides with Angel Gabriel Rolon, who is a convicted felon. | 2/6/2007 |
| Standard Condition #11 | Defendant failed to inform the he was questioned by police officers. | 1/25/2007 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 7, 2007
Date of Imposition of Judgment

*S/ Jose A. Fuste*
Signature of Judge

JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE
Name and Title of Judge

March 7, 2007
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page    2    of    4

DEFENDANT:    DANNY GUZMAN-CORREA
CASE NUMBER:    98-CR-176-08 (JAF) and 98-CR-009-15 (CCC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**NINE(9) MONTHS as to criminal cases 98-176 (JAF) and 98-009 (CCC), to be served consecutively to each other, for a total of EIGHTEEN (18) MONTHS**

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____  to  _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page __3__ of __4__

DEFENDANT:    DANNY GUZMAN-CORREA
CASE NUMBER:    98-CR-176-08 (JAF) and 98-CR-009-15 (CCC)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**FORTY-TWO (42) MONTHS as to criminal 98-009 (CCC) and
THIRTY (30) MONTHS as to criminal 98-176 (JAF),
to be served concurrently with each other.**

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
     future substance abuse.  (Check, if applicable.)

X    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.  (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works,
     or is a student, as directed by the probation officer.  (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

      If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 3A — Supervised Release

Judgment—Page   4   of   4

DEFENDANT:        DANNY GUZMAN-CORREA
CASE NUMBER:      98-CR-176-08 (JAF) and 98-CR-009-15 (CCC)

## ADDITIONAL SUPERVISED RELEASE TERMS

    The defendant shall refrain from the unlawful use of controlled substances and submit to a drug test within fifteen (15) days of release; thereafter, submit to random drug testing, not to exceed 104 samples per year, in accordance with the Drug Aftercare Program Policy of the U.S. Probation Office approved by this Court.  If any such samples detect substance abuse, the defendant shall participate in a drug treatment program (in-patient or out-patient) in accordance with such policy.  The defendant is required to contribute to the cost of services rendered (co-payment) based on the ability to pay or availability of third party payments, as approved by the court.

    The defendant shall participate in a vocational training and/or job placement program recommended by the U.S. Probation Officer.

    The defendant shall provide the U.S. Probation Officer access to any financial information upon request.

    The defendant shall produce evidence to the U.S. Probation Officer to the effect that income tax returns have been duly filed with his place of residence as required by law.

    The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

    The defendant shall cooperate in the collection of a DNA sample as directed by the U.S. Probation Officer, pursuant to the Revised DNA collection Requirements, and Title 18, U.S. Code § 3563(a)(9).

    The defendant shall not enter into the Dr. Pila Housing Project without specific reasons and without the written consent of the U.S. Probation Officer.

    The defendant shall pay the cost of supervision at a rate of $283.23 per month, to the Clerk of Court, U.S. District Court for the District of Puerto Rico, and shall submit evidence to the U.S. Probation Officer, upon request.